IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01384-RPM

LES LIMAN,
TWIN LANDFILL CORPORATION, and
AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY,

                         Plaintiffs,

v.

PIPER AIRCRAFT, INCORPORATED, d/b/a
THE NEW PIPER AIRCRAFT, INCORPORATED,

                         Defendant.

_____

ORDER GRANTING MOTION TO FILE AMENDED COMPLAINT

_____

        Upon consideration of the Unopposed Motion for Plaintiffs to File Amended

Complaint [12], filed on April 2, 2008, it is

        ORDERED that the motion is granted and the Amended Complaint and Jury

Demand attached thereto is filed.

        Dated: April 3rd, 2008

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____

                              Richard P. Matsch, Senior District Judge