IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01384-RPM-CBS

LES LIMAN, a Colorado resident;
TWIN LANDFILL CORPORATION, a Colorado corporation; and,
AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY,
a Missouri corporation,

    Plaintiffs,
v.

PIPER AIRCRAFT, INCORPORATED, a Delaware corporation,
d/b/a THE NEW PIPER AIRCRAFT, INCORPORATED, and
KOSOLA AND ASSOCIATES, INC.,

    Defendant.
_____

### ORDER RE: UNOPPOSED MOTION FOR PROTECTIVE ORDER
_____

**IT IS HEREBY ORDERED** the Unopposed Motion for Protective Order is **GRANTED**. The Stipulated Protective Order submitted May 14, 2008 shall be entered on this date.

In addition to FED.R.CIV.P. 26(c)(2), and D.C.COLO.LCivR 7.2, the parties are ORDERED to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLO.LCivR) regarding the execution of this protective order.

DATED this 14th day of May, 2008.

                                        BY THE COURT:

                                        s/Richard P. Matsch

                                        _____
                                        Richard P. Matsch, Senior Judge