IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01384-RPM-CBS

**LES LIMAN**, a Colorado resident;
**TWIN LANDFILL CORPORATION**, a Colorado corporation; and
**AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY**, a Missouri corporation;

        Plaintiffs,

v.

**PIPER AIRCRAFT, INCORPORATED**, a Delaware corporation,
d/b/a **THE NEW PIPER AIRCRAFT, INCORPORATED**, and
**KOSOLA AND ASSOCIATES, INC.**,

Defendants.

---

### ORDER GRANTING DEFENDANT KOSOLA AND ASSOCIATES, INC.'S MOTION FOR LEAVE TO FILE DESIGNATION OF NONPARTIES

---

Upon consideration of Kosola and Associates, Inc.'s Motion for Leave to File Designation of Nonparties [28], filed on July 7, 2008, it is

ORDERED, that Defendant Kosola and Associates, Inc.'s Motion for Leave to File Designation of Nonparties is granted and Defendant Kosola and Associates, Inc.'s Designation of Nonparties, filed contemporaneously with the Motion for Leave to File Designation of Nonparties, is accepted as timely filed.

DATED: October 15, 2008

BY THE COURT:

_____
Richard P. Matsch, Senior District Judge