IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  07-cv-01384-RPM

LES LIMAN, a Colorado resident;
TWIN LANDFILL CORPORATION, a Colorado corporation; and,
AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY,
a Missouri corporation,

     Plaintiffs,

v.

PIPER AIRCRAFT, INCORPORATED, a Delaware corporation,
d/b/a THE NEW PIPER AIRCRAFT, INCORPORATED, and
KOSOLA AND ASSOCIATES, INC.,

     Defendants.

---

### ORDER SETTING PRETRIAL CONFERENCE

---

     Pursuant to the hearing today, it is

     ORDERED that a pretrial conference is scheduled for **September 11, 2009, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**.  The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m. on September 4, 2009.**  The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

     Dated: June 11th, 2009

                                          BY THE COURT:

                                          s/Richard P. Matsch

                                          _____

     .                                     Richard P. Matsch, Senior District Judge