**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:                    June 11, 2009
Courtroom Deputy:        J. Chris Smith
FTR Technician:          Kathy Terasaki

_____

Civil Action No. 07-cv-01384-RPM

LES LIMAN,                                                          Ricky A. Carmickle
TWIN LANDFILL CORPORATION, a Colorado corporation, and
AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY,
a Missouri corporation,

     Plaintiffs,

v.

PIPER AIRCRAFT, INCORPORATED,                                       Mary A. Wells
a Delaware corporation, d/b/a The New Piper Aircraft, Inc. ans      Marsha M. Cutter
KOSOLA AND ASSOCIATES, INC.,                                        Mark A. Pottinger

     Defendants.
_____

### COURTROOM MINUTES
_____

**Hearing on Combined Motion to Compel and for Extension of Time**

**10:32 a.m.     Court in session.**

Court's preliminary remarks.

Mr. Carmickle apologizes for his tardiness.

10:34 a.m.     Argument by Ms. Cutter.

10:36 a.m.     Statements by Mr. Pottinger.
Mr. Pottinger states the only relief defendant Kosola is requesting is the opportunity to supplement its expert report if necessary.

10:37 a.m.     Argument by Mr. Carmickle.
Court instructs Mr. Carmickle to produce materials (e-mails) requested.

**ORDERED:     Defendant Piper Aircraft, Incorporated's Combined Motion to Compel Plaintiffs' Response to Written Discovery and Motion for Extension of Time to File Rebuttal Expert Disclosures, filed April 13, 2009 [43], is granted with respect to e-mails requested and moot ([49] Order) with respect to motion for extension of time.**

               **Defendant Piper Aircraft is awarded attorney fees and costs limited to the Motion to Compel.  Counsel shall file their cost amounts and affidavits.**

               **Pretrial Conference scheduled September 11, 2009 at 2:00 p.m.**

**10:47 a.m.     Court in recess.**     Hearing concluded. Total time: 15 min.