IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  07-cv-01384-RPM

LES LIMAN, a Colorado resident;
TWIN LANDFILL CORPORATION, a Colorado corporation; and,
AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY,
a Missouri corporation,

    Plaintiffs,

v.

PIPER AIRCRAFT, INCORPORATED, a Delaware corporation,
d/b/a THE NEW PIPER AIRCRAFT, INCORPORATED, and
KOSOLA AND ASSOCIATES, INC.,

    Defendants.

## ORDER SETTING TRIAL DATE

Pursuant to the pretrial conference conducted on September 11, 2009, and the Status Report Concerning Trial to Court [67], filed September 16, 2009, it is

ORDERED that this matter is set for trial to the Court on **April 5, 2010, at 9:00 a.m.** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.   Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm.**

Dated: September 17th, 2009

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____

.                                     Richard P. Matsch, Senior District Judge