IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  07-cv-01384-RPM

LES LIMAN, a Colorado resident;
TWIN LANDFILL CORPORATION, a Colorado corporation; and,
AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY,
a Missouri corporation,

    Plaintiffs,

v.

PIPER AIRCRAFT, INCORPORATED, a Delaware corporation,
d/b/a THE NEW PIPER AIRCRAFT, INCORPORATED, and
KOSOLA AND ASSOCIATES, INC.,

    Defendants.

---

ORDER FOR DISMISSAL OF DEFENDANT KOSOLA & ASSOCIATES, INC.

---

Pursuant to the Stipulation of Dismissal of Defendant Kosola and Associates, Inc., with Prejudice [70], it is

ORDERED that defendant Kosola & Associates Inc., is dismissed with prejudice, Kosola & Associates, Inc., and plaintiffs to bear their own costs and attorney fees.

Dated: September 29th, 2009

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
.                             Richard P. Matsch, Senior District Judge