IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  07-cv-01384-RPM

LES LIMAN, a Colorado resident;
TWIN LANDFILL CORPORATION, a Colorado corporation; and,
AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY,
a Missouri corporation,

    Plaintiffs,
v.

PIPER AIRCRAFT, INCORPORATED, a Delaware corporation,
d/b/a THE NEW PIPER AIRCRAFT, INCORPORATED

    Defendant.

---

ORDER GRANTING MOTION TO FILE CORRECTED RESPONSE

---

    Upon consideration of Plaintiffs' Motion to File Corrected Response to Motion for Summary Judgment [77], it is

    ORDERED that the motion is granted and Plaintiffs' Corrected Response Brief to Defendant Piper Aircraft, Incorporated's Motion for Summary Judgment attached thereto is accepted for filing.

    Dated: October 23rd, 2009

                                               BY THE COURT:

                                               s/Richard P. Matsch

    .                                            Richard P. Matsch, Senior District Judge