**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-01384-RPM-CBS

LES LIMAN, a Colorado resident;
TWIN LANDFILL CORPORATION, a Colorado corporation; and,
AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY,
a Missouri corporation,

    Plaintiffs,

v.

PIPER AIRCRAFT, INCORPORATED, a Delaware corporation,
d/b/a THE NEW PIPER AIRCRAFT, INCORPORATED,

    Defendant.

_____

**ORDER GRANTING PIPER'S MOTION FOR LEAVE TO SUPPLEMENT ITS**
**OBJECTIONS TO PLAINTIFFS' TRIAL EXHIBITS**
_____

    Upon consideration of Defendant Piper's Motion for Leave to Supplement its Objections to Plaintiffs' Trial Exhibits, filed October 30, 2009 [81], it is

    ORDERED that the motion [81] is granted and Piper's Supplemental Objections to Plaintiffs' Trial Exhibits attached thereto is accepted for filing.

    Dated this 4th day of November, 2009.

                                                    BY THE COURT:

                                                    s/Richard P. Matsch
                                                    _____
                                                    Richard P. Matsch, Senior District Judge