IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:                  March 4, 2010
Courtroom Deputy:      J. Chris Smith
FTR Technician:        Kathy Terasaki

_____

Civil Action No. 07-cv-01384-RPM

LES LIMAN,                                                              Bradley R. Irwin
TWIN LANDFILL CORPORATION, a Colorado corporation, and
AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY,
a Missouri corporation,

      Plaintiffs,

v.

PIPER AIRCRAFT, INCORPORATED,                                           Mary A. Wells
a Delaware corporation, d/b/a The New Piper Aircraft, Inc.,             David G. Mayhan

      Defendant.
_____

## COURTROOM MINUTES
_____

**Hearing on Motion for Summary Judgment**

**9:58 a.m.**     **Court in session.**

Court's preliminary remarks.

**ORDERED:**   **Plaintiffs' fourth, fifth and sixth claims are withdrawn and dismissed and Economic Loss Rule is not applicable.**

10:03 a.m.     Argument by Mr. Mayhan.
10:07 a.m.     Mr. Irwin states plaintiff withdraws its Colorado Consumer Protection Act Claim.

**ORDERED:**   **Plaintiffs' Colorado Consumer Protection Act Claim is dismissed.**

Argument by Mr. Irwin.

10:13 a.m.     Rebuttal argument by Mr. Mayhan.

**ORDERED:**   **Remainder of Defendant's Motion for Summary Judgment, filed September 15, 2009 [66], is denied.**

Court states its bench trial practices.

**ORDERED:**   **Trial preparation conference scheduled March 26, 2010 at 1:30 p.m. Trial briefs in paper to chambers due by March 24th, 2010**

**10:22 a.m.**     **Court in recess.**     Hearing concluded. Total time: 24 min.