**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-01384-RPM

LES LIMAN, a Colorado resident;
TWIN LANDFILL CORPORATION, a Colorado corporation; and,
AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY,
a Missouri corporation,

    Plaintiffs,

v.

PIPER AIRCRAFT, INCORPORATED, a Delaware corporation,
d/b/a THE NEW PIPER AIRCRAFT, INCORPORATED,

    Defendant.

___

## ORDER VACATING DATES
___

Pursuant to the plaintiffs' Notice of Settlement, filed March 23, 2010 [87], it is

ORDERED that the Trial Preparation Conference scheduled for March 26, 2010 and the trial to Court set for April 4, 2010 are vacated and counsel shall file the appropriate dismissal papers by May 3, 2010

Dated this 23rd day of March, 2010.

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge