IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01384-RPM

LES LIMAN, a Colorado resident;
TWIN LANDFILL CORPORATION, a Colorado corporation; and,
AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY,
a Missouri corporation,

    Plaintiffs,
v.

PIPER AIRCRAFT, INCORPORATED, a Delaware corporation,
d/b/a THE NEW PIPER AIRCRAFT, INCORPORATED

    Defendant.

---

## ORDER FOR DISMISSAL

---

    Pursuant to the Stipulation of Dismissal [89], it is

    ORDERED that this action is dismissed with prejudice, each party to pay their own fees and costs.

    Dated: April 28th, 2010

                                         BY THE COURT:

                                         s/Richard P. Matsch
                                         _____
.                                         Richard P. Matsch, Senior District Judge